IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Pilot Energy Solutions, L.L.C.,
Plaintiff,

-vs-

OXY USA, Inc.
Defendant

Case No. 1:16-cv-00687 – SS

## ORDER

BE IT REMEMBERED on this the _1st_ day of _July_, 20_16_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____Justin Weiner_____ ("Applicant"), counsel for _____OXY USA, Inc._____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____OXY USA, Inc._____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _1st_ day of _July_ 20_16_.

_____
UNITED STATES DISTRICT JUDGE