**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

18 APR -6  PM 2:26

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

**PILOT ENERGY SOLUTIONS, L.L.C.,**
                    **Plaintiff,**

-vs-                                                    **CAUSE NO.:
                                                        AU-16-CA-00687-SS**

**OXY USA, INC.,**
                    **Defendant.**

---

**JUDGMENT**

BE IT REMEMBERED on this day the Court entered its order granting Defendant Oxy USA, Inc. (Oxy)'s Motion for Summary Judgment of Non-Infringement [#108], and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Pilot Energy Solutions, L.L.C. TAKE NOTHING in this cause against the Defendant Oxy USA, Inc., with all costs of suit to be borne plaintiff, for which let execution issue.

SIGNED this the 6th day of April 2018.

_Sam Sparks_
_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE