# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

PILOT ENERGY SOLUTIONS, L.L.C.,

      Plaintiff,

v.

OXY USA INC.,

      Defendant.

Civil Action No. 1:16-cv-00687-SS

## UNOPPOSED MOTION TO EXTEND TIME TO FILE
## MOTION FOR ATTORNEYS' FEES

Defendant Oxy USA Inc. (Oxy), by and through its undersigned counsel, submits the within Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees.

1. On April 6, 2018, the Court signed the summary judgment order [#123] granting Defendant Oxy's Motion for Summary Judgment [#108].

2. Defendant Oxy intends to file a Motion for Attorneys' Fees (Motion) designating this case as "exceptional" pursuant to 35 U.S.C. §285 and seeking an award of its attorneys' fees incurred after the Court's claim construction order. In the Motion, Defendant will also seek recovery of its costs as the prevailing party pursuant to Fed. R. Civ. P. 54.

3. The deadline to file the Motion is April 20, 2018.

4. The parties are presently in settlement discussions to resolve the issues to be raised in the Motion.

5. Defendant Oxy, therefore, respectfully requests the Court extend the deadline for Defendant Oxy to file its Motion until May 4, 2018.

6. Counsel for Defendant Oxy has conferred with counsel for Plaintiff and can confirm that Plaintiff does not oppose Defendant's Oxy's request.

WHEREFORE, Defendant Oxy respectfully requests that this Court grant its Unopposed Motion for Extension of Time to File its Motion for Attorney's Fees, and enter an Order extending its deadline to file its ~~Reply~~ Motion for Attorney's Fees to May 4, 2018. A proposed Order is attached.

Dated: April 20, 2018

Respectfully submitted,

Ben Quarmby (NY Bar 4298725)
Sara E. Margolis (NY Bar 5237508)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
(212) 607-8160 (telephone)
(212) 607-8161 (fax)

Justin B. Weiner (IL Bar 6294054)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 450-6700 (telephone)
(312) 450-6701 (fax)

*/s/ Michael D. Marin*
Michael D. Marin
State Bar No. 00791174
Meg K. Rein
State Bar No. 24065562

BOULETTE GOLDEN & MARIN L.L.P.
2801 Via Fortuna, Suite 530
Austin, Texas 78746
Phone: (512) 732-8900
Fax: (512) 732-8905
mmarin@boulettegolden.com
meg.rein@gmail.com

*Attorneys for Defendant Oxy USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, I served a true and correct copy of the foregoing via the Court's CM/ECF system to:

Gary S. Peterson
Tomlinson McKinstry, PC
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK 73102

Robert Tomlinson
Tomlinson McKinstry, PC
318 Ridgewood Road
Austin, Texas 78746

*Attorneys for Plaintiff Pilot Energy Solutions, L.L.C.*

*/s/ Michael D. Marin*
Michael D. Marin

*Counsel for Defendant Oxy USA Inc.*