**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PILOT ENERGY SOLUTIONS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> OXY USA INC., <br><br> Defendant. | Civil Action No. 1:16-cv-00687-SS |

**ORDER**

On this date, the undersigned reviewed the Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees and GRANTS the Motion.

ACCORDINGLY, Defendant shall have until May 4, 2018, to file their motion.

Signed this _____ day of _____, 2018.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE